

Partners
Dawn M. Cardi
Chad L. Edgar

Associates
Robyn L. Enes
Joanna C. Kahan

Of counsel
Diane Ferrone

January 22, 2020

**<ins>Via ECF and E-mail</ins>**

Hon. Paul A. Engelmayer
United States District Court Judge
Southern District of New York
40 Foley Square
New York, NY 10007

Re:    <ins>United States v. Ricarda Diamond</ins>, 19-cr-131 (PAE)

Your Honor:

     I am CJA counsel to defendant Ricarda Diamond. I am writing, with no objection from the Government, to request a 90 day adjournment of Ms. Diamond's sentencing, currently scheduled for January 31, 2020.

     The defense needs additional time to prepare its submission to the Court. As noted, the Government has no objection to this request.

     Thank you.

                                                Respectfully submitted,

**GRANTED.** Sentencing is adjourned to May 1, 2020 at 10:00 a.m. The parties shall serve their sentencing submissions in accordance with this Court's Individual Rules & Practices in Criminal Cases. The Clerk of Court is requested to terminate the motion at Dkt. No. 273.

                    /s/

                  Dawn M. Cardi

              1/22/2020

                                    CC:    All Parties (via ECF)

  SO ORDERED.

                   _Paul A. Engelmayer_
                   PAUL A. ENGELMAYER
                   United States District Judge