

**Partners**
Dawn M. Cardi
Chad L. Edgar

**Associates**
Robyn L. Enes
Joanna C. Kahan

**Of counsel**
Diane Ferrone

April 15, 2020

**Via ECF and E-mail**

Hon. Paul A. Engelmayer
United States District Court Judge
Southern District of New York
40 Foley Square
New York, NY 10007

        Re:    <u>United States v. Ricarda Diamond</u>, 19-cr-131 (PAE)

Your Honor:

    I am CJA counsel to defendant Ricarda Diamond. I am writing, with no objection from the Government, to request a six month adjournment of Ms. Diamond's sentencing, currently scheduled for May 1, 2020.

    The parties have consulted and are available on November 10, 2020 at 10 a.m. if convenient for the Court.

    Thank you.

               Respectfully submitted,

                    /s/

               Dawn M. Cardi

CC:    All Parties (via ECF)

**GRANTED.** Sentencing is adjourned to November 10, 2020 at 10:00 a.m. The parties shall serve their sentencing submissions in accordance with this Court's Individual Rules & Practices in Criminal Cases. The Clerk of Court is requested to terminate the motion at Dkt. No. 379.

                             4/17/2020
    SO ORDERED.

                      _____
                      PAUL A. ENGELMAYER
                      United States District Judge