UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------ X
                                                            :

UNITED STATES OF AMERICA             :    **UNSEALING ORDER**

           -v.-                                  :    S6 19 Cr. 131 (PAE)

RICARDA DIAMOND,
   a/k/a "Renee Diamond,"

             Defendant.

------------------------------------ X

      Upon the application of the United States, by the United States Attorney for the Southern District of New York, Audrey Strauss, by Assistant United States Attorney Rushmi Bhaskaran;

      It is found that the Superseding Information in the above-captioned case is currently sealed and the United States Attorney's Office has applied to have that Superseding Information unsealed, and it is therefore:

      ORDERED that the Superseding Information in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

SO ORDERED.

Dated: New York, New York
       October 20, 2021

                                              *Paul A. Engelmayer*
                                              HONORABLE PAUL A. ENGELMAYER
                                              UNITED STATES DISTRICT JUDGE