UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------- X
                                :
UNITED STATES OF AMERICA        :
                                :
    - v. -                      :   **SEALING ORDER**
                                :
RICARDA DIAMOND,                :   S6 19 Cr. 131 (PAE)
   a/k/a "Renee Diamond,"       :
                                :
              Defendant.        :
                                :
------------------------------- X

      WHEREAS an application has been made by the United States of America for the temporary sealing of the transcript of the guilty plea proceeding for the above-captioned defendant, RICARDA DIAMOND, a/k/a "Renee Diamond," scheduled for February 18, 2020, at 4:00 p.m. (the "February 18 Plea Proceeding"), the associated Superseding Information, the cooperation agreement between the parties, and this order and the Government's application in support of the order; and (2) delayed docketing of any items related to this defendant until further order by this Court; and

      WHEREAS the Court finds that active law enforcement investigations may be compromised if the Government's application is not granted,

      IT IS HEREBY ORDERED that (1) the transcript of the February 18 Plea Proceeding, the associated Superseding Information, the cooperation agreement between the parties, and this application and proposed order be temporarily sealed; and (2)

1

any items related to this defendant be subject to delayed docketing until further order by this Court;

IT IS FURTHER ORDERED that counsel for the defendant and the Government may be provided a copy of any transcript of the proceedings in this matter without further Order of the Court; and

IT IS FINALLY ORDERED that the Government shall report to the Court on or before six months after execution of this Order regarding the continuing need, if any, to maintain these matters under seal.

Dated:   New York, New York
         February 1₽, 2020

_____
HON. PAUL A. ENGELMAYER
United States District Judge
Southern District of New York